1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  DOUGLAS K. CHANG (SBN HI2922)
   STEPHEN L. JOHNSON (CSBN 145771)
4  Assistant United States Attorneys
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California  94102
         Telephone: (415) 436-7161
6        Facsimile:  (415) 436-7169
         e-mail: stephen.johnson1@usdoj.gov
7
   Attorneys for Plaintiff
8
                   UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              )  Case No.:  CR 94-00049 SBA
12                                        )
                    Plaintiff,            )
13                                        )  **ORDER GRANTING**
   v.                                     )  **PETITION FOR REMISSION**
14                                        )
   PETER DAVID CHANT,                     )
15                                        )
                    Defendant.            )
16 _____ )

17

18
         Upon petition of the United States of America, and for good cause shown,
19
         IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18
20
   U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of
21
   $10,625.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are
22
   hereby remitted.
23

24
   Dated: 5/5/10                    _Saundra B Armstrong_
25                                  SAUNDRA B. ARMSTRONG
                                    United States District Court  Judge
26

27

28

   ORDER GRANTING
   PETITION FOR REMISSION
   CASE NO.: CR 94-00049 SBA